UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14404-RLR

HELEN PICKLES f/k/a/ HELEN WOERPEL,
*on behalf of herself and all others similarly situated,*

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC
*a Delaware Limited Liability Company,*

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, HELEN PICKLES f/k/a/ HELEN WOERPEL and PORTFOLIO RECOVERY ASSOCIATES LLC, by and through their undersigned counsel, and hereby stipulate to the entry of an order dismissing this action against PORTFOLIO RECOVERY ASSOCIATES LLC with prejudice pursuant to the terms of the Settlement Agreement executed in this matter, with each side to bear its own fees, costs and expenses.  **The effectiveness of this Stipulation is conditioned upon the Court entering an order retaining jurisdiction of this matter to enforce the terms of the Settlement Agreement if same becomes necessary.**  See *Anago Franchising, Inc. v. ECO Building Services, LLC,* 677 F.3d 1217, 1280 (11th Cir. 2012).

Respectfully submitted,

| | |
|---|---|
| */s/ Leo W. Desmond* | */s/ John P. Gaset* |
| Leo W. Desmond, Esq. | John P. Gaset, Esq. |
| DESMOND LAW FIRM, P.C. | BROAD AND CASSEL |
| Florida Bar No. 0041920 | Florida Bar No. 98415 |
| 5070 Highway A1A | 100 North Tampa Street, |
| Suite D | Suite 3500 |
| Vero Beach, Florida 32963 | Tampa, FL 33602 |
| Telephone: (772) 231-9600 | Telephone: 813.225.3020 |
| Facsimile:   (772) 231-0300 | Facsimile:  813.225.3039 |
| lwd@verobeachlegal.com | jgaset@broadandcassel.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing to:

**SERVICE LIST**
Robert E. Sickles, Esq.
Florida Bar No. 167444
rsickles@broadandcassel.com
John P. Gaset, Esq.
Florida Bar No. 98415
jgaset@broadandcassel.com
BROAD AND CASSEL
100 North Tampa Street, Suite 3500
Tampa, FL 33602
Telephone: 813.225.3020
Facsimile: 813.225.3039
*Attorneys for Defendant*

    Respectfully submitted,
    */s/ Leo W. Desmond*
    Leo W. Desmond, Esq.
    Florida Bar No. 0041920
    DESMOND LAW FIRM, P.C.
    5070 Highway A1A, Suite D
    Vero Beach, Florida 32963
    Telephone: (772) 231.9600
    Facsimile: (772) 231.0300
    lwd@verobeachlegal.com
    *Attorney for Plaintiff*